**The Birtcher Corporation, Plaintiff-Appellee, v. Oms Surgical Supply, Inc., Defendant-Appellant.**

**Gen. No. 49,062.** 

First District, Second Division.

February 4, 1964.

Carl Pomerance, of Chicago, for appellant; Ader & Ader, of Chicago (Zeamore A. Ader, of counsel), for appellee. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.**